# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129673

TERRA ENERGY, LTD,
          Plaintiff-Appellee,

v

WHITE PINE ENTERPRISES, L.L.C.,
and STAR ENERGY,
          Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129673
COA: 254159
Antrim CC: 99-007582-CK

On order of the Court, the application for leave to appeal the September 2, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

t0320

_____
Clerk